# EXHIBIT B

# State of New York
# Court of Appeals

BEFORE: HON. EUGENE M. FAHEY,
        Associate Judge

---

THE PEOPLE OF THE STATE OF NEW YORK,

                              Respondent,        **ORDER**
    -against-                                                 **DENYING**

BERTRAND HENRY,                                      **LEAVE**

                                Appellant.

---

Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

UPON the papers filed and due deliberation, it is

ORDERED that the application is denied.

Dated: September 8, 2020
      at Buffalo, NY

                                                          EUGENE M. FAHEY
                                                          Associate Judge

*Description of Order: Order of the Supreme Court, Appellate Division, Second Department, entered May 6, 2020, modifying a judgment of the Supreme Court, Kings County, rendered April 4, 2016, and affirming the judgment as modified.