# EXHIBIT C



# State of New York
# Court of Appeals

BEFORE: HON. EUGENE M. FAHEY,
Associate Judge

THE PEOPLE OF THE STATE OF NEW YORK,

            Respondent,

-against-

BERTRAND HENRY,

            Appellant.

**ORDER DENYING RECONSIDERATION**

Appellant having moved for reconsideration in the above-captioned case of an application for leave to appeal denied by order dated September 8, 2020;

UPON the papers filed and due deliberation, it is

ORDERED that the motion for reconsideration is denied.

Dated: NOV 0 5 2020
   at Buffalo, NY

                EUGENE M. FAHEY
                Associate Judge