# EXHIBIT F



This might seem inappropriate to tell a teacher, but I trust you. The reason I have been acting a little weird is because my mother hates me and is going to send me back to Jamaica because I told her that her boyfriend basically had sex with me against my will. I can't keep up with my studies or grades because I'm stressed out. Lawyers are asking me embarrassing questions, I have to get counseling, and I have to go to court to tell a jury and judge (in detail) what happened. My mom says its my fault and that I have no respect for her. put me on promotion in doubt because I am failing math, I'm trying to pass her class but in the end I have nothing to lose because I'm going back to Jamaica to live with my abusive father, who's always beating me. She says she is done with me when she sends me back. She's not going to send money for me to go to school, to buy uniforms, or even to eat. My sister is begging for me but I don't stand a chance. She won't even press my clothes, comb my hair, or let me sleep in her room anymore. So forgive me if I say that repeating the eighth grade is the least of my problems.



```
                    OFFICE OF CHILDREN AND FAMILY SERVICES              ******* WARNING *******
                         CHILD PROTECTIVE SERVICES                      CONFIDENTIAL INFORMATION
                               INTAKE REPORT                            AUTHORIZED PERSONNEL ONLY

                         CASE NAME          : [REDACTED] Angel[la]
                         MERGE TO CASE ID   :
                         INTAKE CASE ID     : 25788075
                         CALL/INTAKE STAGE ID : 29470039
```

Zone - C/A G     296

### SUMMARY

```
DATE REPORTED      : 02/14/2014        PRIMARY WORKER       : Nixon Jr, Jake
TIME REPORTED      : 03:34 PM          COUNTY/ZONE          : MANHATTAN
CLASSIFICATION     : CPS - Familial    SECONDARY WORKER     :
INTAKE TYPE        : Initial           COUNTY/ZONE          :
DUP. OF STAGE ID   :                   WORKER TAKING INTAKE : 26352076
                                       COUNTY/ZONE          :
Worker Safety : N                      Special Handling     : State Central Register
High Priority Case: Sexual Abuse       Sensitive Issues : N
```

RECEIVED FEB 18 2014 — KINGS COUNTY DISTRICT ATTORNEY CRIMES AGAINST CHILDREN BUREAU

BSVS

### LIST OF PRINCIPALS

| Line | ADDR # | NAME | AKA | RELATIONSHIP | ROLE | SEX | DOB(AGE) | TYPE | DOD | PERSON ID | REL | LANG | Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | P01 | Angella Reid<br>ETHNICITY / RACE: Non-Hispanic / Caribbean | | Mother | Algd Sub | F | ( ) | | | 39872397 | N | EN | 01 |
| 02 | P01 | Unknown Unknown<br>ETHNICITY / RACE: Non-Hispanic / Caribbean | | Parent Sub | Algd Sub | M | ( ) | | | 39872399 | N | EN | 02 |
| 03 | P01 | Chenelle Reid<br>ETHNICITY / RACE: Non-Hispanic / Caribbean | | Child | Ab Child | F | [REDACTED] | | | 39872401 | N | EN | 03 |

### REPORTED ADDRESS INFORMATION

| ADDR # | STREET | | CITY | ST | ZIP | CNTY CD | ADDR TYPE | PHONE | EXT | PHONE TYPE | ADDR # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [REDACTED] | APT 1R | [REDACTED] | | | | | | | | RS | 01 |

### ALLEGATION DETAIL

| Line | MALTREATED/ABUSED CHILDREN | ALLEGATIONS | Line | ALLEGED SUBJECT(S) |
|---|---|---|---|---|
| 03 | [REDACTED] | Inadequate Guardianship | 01 | Angella [REDACTED] |
| 03 | [REDACTED] | Inadequate Guardianship<br>Sexual Abuse | 02 | Unknown Unknown |

spvsr Jillian Perez

Date Created : 02/18/2014 at 09:15   Page: 1 OF 5

```
                    OFFICE OF CHILDREN AND FAMILY SERVICES                    ****** WARNING ******
                           CHILD PROTECTIVE SERVICES                          CONFIDENTIAL INFORMATION
                                 INTAKE REPORT                                AUTHORIZED PERSONNEL ONLY

                         CASE NAME        : ███ Angella
                         MERGE TO CASE ID :
                         INTAKE CASE ID   : 25788075
                         CALL/INTAKE STAGE ID : 29470039
```

### REPORTER INFORMATION

NAME : Marie Grandpierre           RELATIONSHIP: School Personnel    AGENCY : PS 189           SUMMARY OF FINDINGS : Y

ADDR : 1100 AVENUE N                                    BROOKLYN           NY 11230-5806 KINGS           BS

                        PHONE : ███████ Ext. 3182           BS

### SAFETY FACTORS

Current allegation or history of sexual abuse and caretaker is unable/unwilling to adequately protect child.

_____ Report Narrative on the Next Page _____

```
                    OFFICE OF CHILDREN AND FAMILY SERVICES          ****** WARNING ******
                         CHILD PROTECTIVE SERVICES                  CONFIDENTIAL INFORMATION
                               INTAKE REPORT                        AUTHORIZED PERSONNEL ONLY

                         CASE NAME       : ▮▮▮▮▮▮▮
                         MERGE TO CASE ID :
                         INTAKE CASE ID  : 25788075
                         CALL/INTAKE STAGE ID : 29470039
```

Call Narrative

Narrative:
On an unknown number of occasions, parent-substitute (name unknown) has sexually abused 14-year-old ▮▮▮▮▮. The sexual contact was against the child's will but all other details are unknown. Mother (Angella) is aware of the abuse but does not believe the child and has not taken actions to help the child. It is unknown if the sexual abuse has happened since the mother found out.

Miscellaneous Information:
The child wrote a letter to a teacher (Stacey Bolla) disclosing this information. The note says that mother's boyfriend, "basically had sex with me against my will." In the note, the child also says she is scared that mother is going to send her back to Jamaica.

Locating Information:
It is unknown where the child is now.

Date Created : 02/18/2014 at 09:1▮  Page: 3 OF 5

```
                    OFFICE OF CHILDREN AND FAMILY SERVICES              ****** WARNING ******
                           CHILD PROTECTIVE SERVICES                    CONFIDENTIAL INFORMATION
                        INDIVIDUAL REPORT OF INVOLVEMENT                AUTHORIZED PERSONNEL ONLY

                           CASE NAME    : ████ Angella
                           MERGE TO CASE ID :
                           INTAKE CASE ID : 25788075
                           CALL/INTAKE STAGE ID : 29470039
```

PERSON INFORMATION AS OF 02/14/2014 (INTAKE DATE):       RELATED:N

LINE PERSON ID   NAME:                SEX   DOB    T ADDRESS                           CITY            ST ZIP CTY    CD
01   39872397    ████ Angella ████    F
PHONE: ████                           EXT.  ETHNICITY: Non-Hispanic    RACE: Caribbean

CROSS REFERENCE HISTORY INFORMATION:

CASE ID    CASE WORKER INTAKE         PERSON ID AT   INTAKE      INV  *DETERMINATION*
25788075   STAT SAFETY STAGE ID       INTAKE STAGE   DATE        TYPE DATE      TYPE ROLE              RELATIONSHIP      FAM  * JURISDICTION *
           OPEN N      29470039       39872397       02/14/2014  CPF              Alleged Subject      Mother                 PRIMARY   SECONDARY
                                                                                                                              KING(071)/C MANH(072
                                                                                                                                          KING(071

PERSON MERGE INFORMATION - CLOSED PERSON DEMOGRAPHICS:

PERSON ID    MERGE DATE    SPLIT DATE    NAME              SEX    DOB     TYPE    ETH    RACE    DOD
None

PERSON INFORMATION AS OF 02/14/2014 (INTAKE DATE):       RELATED:N

LINE PERSON ID   NAME:                SEX   DOB    T ADDRESS                           CITY            ST ZIP CTY    CD
02   39872399    Unknown, Unknown     M
PHONE: ████                           EXT.  ETHNICITY: Non-Hispanic    RACE: Caribbean

CROSS REFERENCE HISTORY INFORMATION:

CASE ID    CASE WORKER INTAKE         PERSON ID AT   INTAKE      INV  *DETERMINATION*
25788075   STAT SAFETY STAGE ID       INTAKE STAGE   DATE        TYPE DATE      TYPE ROLE              RELATIONSHIP      FAM  * JURISDICTION *
           OPEN N      29470039       39872399       02/14/2014  CPF              Alleged Subject      Parent Substitute      PRIMARY   SECONDARY
                                                                                                                              KING(071)/C MANH(072
                                                                                                                                          KING(071

PERSON MERGE INFORMATION - CLOSED PERSON DEMOGRAPHICS:

PERSON ID    MERGE DATE    SPLIT DATE    NAME              SEX    DOB     TYPE    ETH    RACE    DOD
None

PERSON INFORMATION AS OF 02/14/2014 (INTAKE DATE):       RELATED:N

LINE PERSON ID   NAME:                SEX   DOB    T ADDRESS                           CITY            ST ZIP CTY    CD
03   39872401    ████                 F
PHONE: ████                           EXT.  ETHNICITY: Non-Hispanic    RACE: Caribbean

Date Created : 02/18/2014 at 09:15 Page: 4 OF 5

```
                              OFFICE OF CHILDREN AND FAMILY SERVICES
                                   CHILD PROTECTIVE SERVICES                    ******* WARNING *******
                                  INDIVIDUAL REPORT OF INVOLVEMENT              CONFIDENTIAL INFORMATION
                                                                                AUTHORIZED PERSONNEL ONLY
                                      CASE NAME      : ███ ,Angella
                                      MERGE TO CASE ID :
                                      INTAKE CASE ID : 25788075
                                      CALL/INTAKE STAGE ID : 29470039
```

CROSS REFERENCE HISTORY INFORMATION:

| CASE ID | CASE WORKER STAT SAFETY | INTAKE STAGE ID | PERSON ID AT INTAKE STAGE | INTAKE DATE | INV TYPE | *DETERMINATION* DATE TYPE ROLE | RELATIONSHIP | FAM | JURISDICTION PRIMARY SECONDARY |
|---|---|---|---|---|---|---|---|---|---|
| 25788075 | OPEN  N | 29470039 | 39872401 | 02/14/2014 | CPF | Abused Child | Child | | KING(071)/C MANH(072 KING(071 |

PERSON MERGE INFORMATION - CLOSED PERSON DEMOGRAPHICS:

| PERSON ID | MERGE DATE | SPLIT DATE | NAME | SEX | DOB | TYPE | ETH | RACE | DOD |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |

PERSON INFORMATION AS OF 02/18/2014 (PRINT DATE):

| LINE | PERSON ID | NAME | SEX | DOB | T | ADDRESS | CITY | ST | ZIP | CTY | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 39872397 | ███ Angella | F | ███ | | ███ | ███ | | | | |
| | | PHONE: ███ EXT. | | | | ETHNICITY: Non-Hispanic  RACE: Caribbean | | | | | |
| 02 | 39872399 | Unknown,Unknown | M | | | ███ | | | | | |
| | | PHONE: ███ EXT. | | | | ETHNICITY: Non-Hispanic  RACE: Caribbean | | | | | |
| 03 | 39872401 | ███ | F | | | ███ 2206-S ███ | | | | | |
| | | PHONE: ███ EXT. | | | | ETHNICITY: Non-Hispanic  RACE: Caribbean | | | | | |

***** END OF REPORT *****

Date Created : 02/18/2014 at 09:15 Page: 5 OF 5



**Kenneth P. Thompson**
District Attorney

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

# NYPD REFERRAL FORM — BSVS

DATE: 2/18/14

DA# 453/14

REFERRED BY: ANN GOODMAN-LIEB
(ASSISTANT DISTRICT ATTORNEY)

APPROVED BY: NADA ABDELHADI
(ASSISTANT DISTRICT ATTORNEY)

ACS CONTACT: K. JETER

CHILD VICTIM(S):

1) REID (LAST NAME) _____ (FIRST)   DOB: ████
2) _____ (LAST NAME) _____ (FIRST)   DOB:
3) _____ (LAST NAME) _____ (FIRST)   DOB:
4) _____ (LAST NAME) _____ (FIRST)   DOB:

ADDRESS AND PHONE:
████ (CHILD'S ADDRESS) ████

POSSIBLE OFFENDERS:

1) UNKNOWN (LAST NAME)  UNKNOWN (FIRST)   DOB:
2) _____ (LAST NAME) _____ (FIRST)   DOB:
3) _____ (LAST NAME) _____ (FIRST)   DOB:

ADDRESS AND PHONE (IF NOT THE SAME AS ABOVE):

MORE INFO: ANN GOODMAN-LIEB   #████