FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2022
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERTRAND HENRY,

                              Plaintiff,

v.

DONITA MCINTOSH, et al.,

                              Defendants.
-----------------------------------------------------------------X

JUDGMENT

21 CV 6016 (CLP)

A Memorandum and Order of the Honorable Cheryl L. Pollak, United States Magistrate Judge having been filed on June 27, 2022, denying the Petition for a writ of habeas corpus; dismissing this case; denying the issuance of a certificate of appealability, See 28 U.S.C. § 2253(c)(2); certifying pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be in good faith; and denying petitioner *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

ORDERED and ADJUDGED that the Petition for a writ of habeas corpus is denied; that the case dismissed; that a certificate of appealability shall not issue, *See* 28 U.S.C. § 2253(c)(2); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be in good faith; and that petitioner is denied *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
         June 28, 2022

                                                        Brenna B. Mahoney
                                                        Clerk of Court

                                            By:   */s/Jalitza Poveda*
                                                      Deputy Clerk